UNITED STATES DISTRICT COURT      **CLOSED**

DISTRICT OF NEW JERSEY

NEWARK, NEW JERSEY


**ORDER**

TERRY HANNA, et al            :

                                         Civil    03-4033    (DRD)

v.                            :


CLAUDE MINEO and              :
MIGUEL OQUENDO


It has been reported to the Court that the above entitled action has been settled;

It is on this 9th day of April, 2008

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

DICKINSON R. DEBEVOISE
United States District Judge